```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20482
   MIGUEL A CASANAS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2771


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/02/2007 and was not confirmed.

     The case was dismissed without confirmation 05/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID            PAID
--------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE        .00            .00             .00
CAPITAL ONE AUTO FINANCE  SECURED NOT I    17776.05           .00             .00
CAPITAL ONE AUTO FINANCE  UNSECURED        NOT FILED          .00             .00
FREEDMAN ANSELMO LINDBER  NOTICE ONLY      NOT FILED          .00             .00
HOUSEHOLD MORTGAGE SERVI  CURRENT MORTG        .00            .00             .00
HOUSEHOLD MORTGAGE SERVI  MORTGAGE ARRE     4753.00           .00             .00
JOHN C LINOCLN HSP        UNSECURED        NOT FILED          .00             .00
AMERICAN GENERAL FINANCE  UNSECURED         1747.75           .00             .00
SWEDISH COVENANT HOSPITA  UNSECURED        NOT FILED          .00             .00
FIA CARD SERVICES         UNSECURED         1924.39           .00             .00
T MOBILE                  UNSECURED        NOT FILED          .00             .00
AT & T / CINGULAR         UNSECURED        NOT FILED          .00             .00
THOREK EMERGENCY PHYSICI  UNSECURED        NOT FILED          .00             .00
B-REAL LLC                UNSECURED        11820.21           .00             .00
B-REAL LLC                UNSECURED         3749.41           .00             .00
CITGO OIL/ CITIBANK       UNSECURED        NOT FILED          .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED        15186.73           .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         8269.32           .00             .00
JOHN C LINCOLN HOSP       UNSECURED        NOT FILED          .00             .00
JOHN C LINCOLN HOSP       UNSECURED        NOT FILED          .00             .00
JOHN C LINCOLN HOSP       UNSECURED        NOT FILED          .00             .00
CREDIT ONE BANK           UNSECURED        NOT FILED          .00             .00
DESERT SCHOOLS FCU        UNSECURED        NOT FILED          .00             .00
BENEFICIAL/HOUSEHOLD FIN  UNSECURED        NOT FILED          .00             .00
ST FRANCIS HOSPITAL       UNSECURED          692.78           .00             .00
JOHN C LINCOLN            UNSECURED        NOT FILED          .00             .00
JOHN C LINCOLN            UNSECURED        NOT FILED          .00             .00
COX COMMUNICATIONS        UNSECURED        NOT FILED          .00             .00
JOHN C LINCOLN HOSP       UNSECURED        NOT FILED          .00             .00
EMERGENCY PHYSICIANS      UNSECURED        NOT FILED          .00             .00
EMERGENCY PHYSICIANS      UNSECURED        NOT FILED          .00             .00
EMERGENCY PHYSICIANS      UNSECURED        NOT FILED          .00             .00
CONSULTANT RADIOLOGISTS   UNSECURED        NOT FILED          .00             .00
PAYDAY LOAN               UNSECURED        NOT FILED          .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20482 MIGUEL A CASANAS
```

```
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED                  .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED                  .00            .00
ARROWHEAD COMMUNITY HOSP  UNSECURED       NOT FILED                  .00            .00
PALLINO                   UNSECURED       NOT FILED                  .00            .00
SEVENTH AVENUE            UNSECURED       NOT FILED                  .00            .00
TEX COLLECTION AGENCY     UNSECURED       NOT FILED                  .00            .00
SALCO                     UNSECURED       NOT FILED                  .00            .00
VERIZON WIRELESS          UNSECURED       NOT FILED                  .00            .00
VERIZON WIRELESS          UNSECURED       NOT FILED                  .00            .00
AMERICA SERVICING COMPAN  NOTICE ONLY     NOT FILED                  .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED          509.07                  .00            .00
LEGAL HELPERS PC          DEBTOR ATTY         .00                                   .00
TOM VAUGHN                TRUSTEE                                                   .00
DEBTOR REFUND             REFUND                                               1,590.00

        Summary of Receipts and Disbursements:
        ---------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
        ---------------------------------------------------------------------
TRUSTEE                  1,590.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    1,590.00
                       ---------------       ---------------
TOTALS                   1,590.00                1,590.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 08/26/08             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE